```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0020--CR (HRH)
              "USA V ORENTON LEON JACQUET"
                DEF 1.1 JACQUET, ORENTON LEON
```

In public format, including terminated defendants, excluding terminated counsel

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/17/00
            Closed: 06/12/00
No. of Defendants: 1
    MJ Case Number: A00-0012--MJ
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Audrey J. Renschen
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 JACQUET, ORENTON LEON
```

| Document   | Count | Citation and Description       | Disposition        |
|------------|-------|--------------------------------|--------------------|
| 1 -  1 IND | 1     | 18:2113(a) BANK ROBBERY (F)    | Sentenced (19-1)   |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0020--CR (HRH)
                                "USA V ORENTON LEON JACQUET"

                         In public format, for all filing dates
```

    Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/17/00
             Closed: 06/12/00
 No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/17/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 02/18/00 | [Re: DEF 1] Certified cy of USM Notice of Arrest; defendant arrested in A00-012 MJ (JDR) 1/20/00. |
| 2 - 1 | 02/18/00 | [Re: DEF 1] AHB Grand Jury Minutes; det continued as previously ordered; set for arr notify USM; in federal custody |
| 3 - 1 | 02/18/00 | [Re: DEF 1] Documents 2-7 transferred from: A00-012 MJ (JDR) to A00-020 CR (HRH). |
| 4 - 1 | 02/18/00 | [Re: DEF 1] JDR Minute Order re Arr set for 2/22/00 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| NOTE - 2 | 02/23/00 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 5 - 1 | 02/23/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Arr on Indt (2/22/00); Kevin McCoy appointed; def pled not guilty to count 1 of the Indt; detention continued; PTM's due 3/8/00. cc: USA, FPD, USM, USPO, Judge Holland |
| 6 - 1 | 02/23/00 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 3/8/00; cnsl to meet & confer by 2/25/00. cc: USA, FPD |
| 7 - 1 | 02/25/00 | [Re: DEF 1] HRH Minute Order setting TBJ for 9:00 a.m., 4/3/00. cc: USA, FPD, USM, PO, MJ Roberts, JC |
| 8 - 1 | 03/07/00 | [Re: DEF 1] JDR Minute Order re govt to file dscvy conf cert & show cause why original deadline was not complied with due 3/14/00. cc: USA, FPD |
| 9 - 1 | 03/07/00 | [Re: DEF 1] PLF 1 Attorney Appearance of Audrey J. Renschen (AUSA). |
| 10 - 1 | 03/08/00 | [Re: DEF 1] PLF 1 Response to Order. |
| 11 - 1 | 03/08/00 | PLF 1; DEF 1 Stipulation Pursuant to Discovery Conference. |
| 12 - 1 | 03/27/00 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 13 - 1 | 03/28/00 | [Re: DEF 1] HRH Minute Order resetting TBJ for PCOP on 3/29/00 at 8:30. cc: USA, USM, PTS, FPD, MJ Roberts, JC |
| 14 - 1 | 03/29/00 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] of PCOP held 03/29/00: Def changed plea to guilty; Crt accepted plea & referred to PO for PSR. IOS set for 06/09/00 at 8:30 a.m. cc: USA, FPD, USM, PO, MJ Roberts |
| 15 - 1 | 03/29/00 | [Re: DEF 1] HRH Minute Order vacating TBJ on 4/3/00. cc: USA, USM, PTS, FPD, JC, MJ Roberts |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A00-0020--CR (HRH)
                        "USA V ORENTON LEON JACQUET"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/06/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum on shortened time. |
| 17 - 1 | 06/07/00 | DEF 1 Sentencing Memorandum w/att exhs. |
| 18 - 1 | 06/12/00 | [Re: DEF 1] HRH Court Minutes [ECR: Roy Van Hollebeke] of IOS held 06/09/00: Def sentenced to 64 monts & 3 yrs SR. Def to pay $100 SA & $3051 restitution. Notice of appeal form provided to cnsl. Def remanded to USM custody. |
| 19 - 1 | 06/12/00 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); Sent 64 mos; SR 36 mos; SA $100; Restitution $3,051. cc: USA, FPD, USM, USPO, MJ Roberts, Flu, O. Jacquet w/cnsls cy |
| 20 - 1 | 07/25/00 | [Re: DEF 1] Transcript (partial) of IOS held on 06/09/00. |
| 21 - 1 | 09/05/00 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 3 | 09/07/00 | Issued: writ of execution re: DEF 1 on PFD. |
| 22 - 1 | 09/14/00 | USM Return of judgment on 8/3/00 to FCI Sheridan, Sheridan, OR. |
| 23 - 1 | 10/18/00 | USM Return on writ of execution as to 2000 PFD unexecuted w/att exhs. |
| 24 - 1 | 02/13/02 | Return of subp. |
| 25 - 1 | 11/07/05 | [Re: DEF 1] HRH Order and Request for Modification of Cond's of SR as directed. cc: USPO |
| 26 - 1 | 12/14/05 | [Re: DEF 1] JWS Order and petition for SR modif; def to undergo mental health assessment & participate in any recommended treatment at discretion of prob officer. cc: USPO |