```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   ORENTON LEON JACQUET    CASE NO. 3:00-CR-00020-HRH
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:           MIKE DIENI, APPOINTED

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 02/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant; read.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant sworn and state true name: Same as above.

 X Financial Affidavit filed; Federal Public Defender accepted
appointment; FPD notified.

 X Defendant ADMITTED allegations  1, 2, 3, 4, 5, & 6 of the
Petition to Revoke Supervised Release.

 X Defendant DENIED allegation 7 of the Petition to Revoke
Supervised Release; Court and counsel heard re plaintiff's oral
motion to dismiss allegation 7 of the Petition to Revoke
Supervised Release; GRANTED.

 X Defendant detained; Order of Detention Pending Trial filed.

 X Matter to be referred to U.S. District Judge for Final
Disposition Hearing

 X OTHER: Court and counsel heard re defendant's oral motion to
release the defendant to the Cordova Center; DENIED.  Court and
counsel heard re Order & Petition to modify conditions (DKT 27)
WITHDRAWN.

At 2:20 p.m. court adjourned.


DATE:     February 9, 2006     DEPUTY CLERK'S INITIALS:   ce
```