3Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ORENTON LEON JACQUET,<br><br>         Defendant. | Case No. 3:00-cr-0020-HRH-JDR<br><br>ENTRY OF APPEARANCE |

　　　　Michael D. Dieni, Assistant Federal Public Defender, enters his appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on him or sent to Michael D. Dieni, Assistant Federal Defender, 550 West 7th Avenue, Suite 1600, Anchorage, AK 99501.

///

///

///

///

DATED this 9th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on February 9, 2006, a copy of the
foregoing document was served electronically on:

Audrey Renschen, Esq.

/s/ Michael D. Dieni