# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>  v.  <u>ORENTON LEON JACQUET</u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                               CASE NO.  <u>3:00-cr-00020-HRH</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 13, 2006

    Disposition hearing on the petition to revoke supervised release is hereby scheduled to commence on Tuesday, February 21, 2006, at 9:00 a.m., before the Honorable H. Russel Holland.

[]{IA.WPD*Rev.12/96}