IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: **UNITED STATES MARSHAL**

RE: **UNITED STATES OF AMERICA VS.** _Orenton Leon Jacquet_

CASE NO: _3:00-cr-00020-HRH_

-----

Defendant **Orenton Leon Jacquet**,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_Released to _____, the third party custodian(s)

\_\_\_\_\_Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_\_Posted unsecured bond in the amount of _____

\_\_\_\_\_Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_\_Surrendered passport to the Clerk of Court

**X**\_\_\_\_ Other: **Defendant is hereby ordered temporarily released on February 27, 2006 to the custody of a U.S. Probation Officer who will transport the defendant to the Salvation Army Clitheroe Center for purposes of re-evaluation/assessment. The U.S. Probation Officer will then immediately return the defendant to the jail facility.**

Dated at \_\_\_Anchorage\_\_\_, Alaska, this _22_ day of \_\_February\_\_, 20_06_

REDACTED SIGNATURE

**H. RUSSEL HOLLAND**
**U.S. DISTRICT JUDGE**

Original & 1 cy to U.S. Marshal

(Rev 2/06)