## UNITED STATES DISTRICT COURT
## District of Alaska

UNITED STATES OF AMERICA,

     vs.

ORENTON LEON JACQUET

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 09/14/00 )
Case Number: 3:00-cr-00020-HRH
 Mike Dieni
          Defendant's Attorney

Defendant's probation officer filed a petition on 2/6/2006 accusing defendant of 7 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1-6 of petition . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Use of controlled substance | 7/28/05 | C |
| 2 | Mandatory | Use of controlled substance | 8/11/05 | C |
| 3 | Mandatory | Use of controlled substance | 12/5/05 | C |
| 4 | Mandatory | Commit another crime | 12/14/05 | C |
| 5 | Mandatory | Use of controlled substance | 1/24/06 | C |
| 6 | Mandatory | Use of controlled substance | 1/30/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  4  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 7, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/9/06
Date

Defendant: ORENTON LEON JACQUET                    Amended Judgment--Page 2 of 4
Case No.: 3:00-cr-00020-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of  8 months                    .

[_]  The court makes the following recommendations to the Bureau of
     Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this
     district,
                         a.m.
          [_] at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

                              _____
                                        United States Marshal

                              By _____
                                         Deputy Marshal

AO245.REV

Defendant: ORENTON LEON JACQUET                    Amended Judgment--Page <u>3</u> of <u>4</u>
Case No.: <u>3:00-cr-00020-HRH</u>

**<u>RESTITUTION AND FORFEITURE</u>**
RESTITUTION REIMPOSED

[X]  The defendant shall make restitution to the following persons in the
     following amounts:

<u>Name of Payee</u>                          <u>Amount of Restitution</u>
First National Bank of Anchorage           $3,051.00

Payments of restitution are to be made to:

     [X]  the United States Attorney for transfer to the payee(s).
     [_]  The payee(s).

Restitution shall be paid:

     [_]  in full immediately.
     [_]  in full not later than _____.
     [_]  in equal monthly installments over a period of _____ months.
          The first payment is due on the date of this judgment.
          Subsequent payments are due monthly thereafter.
     [X]  in installments according to the following schedule of payments:

On a payment schedule to be determined by the probation officer.  Interest
is waived.

Any payment shall be divided proportionately among the payees named unless
otherwise specified here.

FORFEITURE

[_] The defendant is ordered to forfeit the following property to the
    United States:

AO245.REV

Defendant: ORENTON LEON JACQUET                    Amended Judgment--Page 4 of 4
Case No.: 3:00-cr-00020-HRH

## SUPERVISED RELEASE

Defendant's supervised release [X] probation[_] is modified as follows:
Upon release from imprisonment, the defendant shall be placed on supervised
release for a term of two years.  Within 72 hours of release from custody
of the Bureau of Prisons, the defendant shall report in person to the
probation office in the district to which the defendant is released.  While
on supervised release, the defendant shall not commit another federal,
state, or local crime, shall not possess a firearm or illegal controlled
substance, and shall comply with the standard conditions that are included
in the judgment issued by the court.  Additionally, as the offense occurred
after the effective date of the Violent Crime Control and Law Enforcement
Act on September 13, 1994, and the Court finds there is a risk of future
substance abuse, the defendant shall refrain from unlawful use of
controlled substances and shall submit to one drug test within 15 days of
release on supervision and at least two periodic drug tests thereafter not
to exceed 12 tests per month at the direction of the probation officer.
The defendant shall also comply with the following special conditions:
1.  Upon release from imprisonment the defendant shall reside at a
    Community Corrections Facility for a period of 90 days.  The defendant
    shall abide by the rules and regulations of the center.  Shall be
    eligible for work release and substance abuse treatment.
2.  The defendant shall participate in both inpatient and/or outpatient
    treatment programs approved by the probation officer for substance
    abuse treatment, which program shall include counseling and testing to
    determine whether the defendant has reverted to the use of drugs or
    alcohol.
3.  The defendant shall participate in and fully comply with either or both
    inpatient or outpatient mental health treatment program approved by the
    U.S. Probation Service and shall as part of that program take any
    medications that may be prescribed.
4.  The defendant shall submit to a warrantless search of his person,
    residence, vehicle or place of employment at a reasonable time and in a
    reasonable manner, based upon reasonable suspicion of contraband or
    evidence of a violation of a condition of supervised release.  Failure
    to submit to a search may be grounds for revocation of supervised
    release.  The defendant shall not reside at any location without having
    first advised other residents that the premises may be subject to
    searches pursuant to this condition.

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV