Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>ORENTON LEON JACQUET,<br><br>                   Defendant. | Case No. 3:00-cr-0020-HRH-JDR<br><br>MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

Defendant, Orenton Leon Jacquet, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order modifying the conditions of supervised release.  Mr. Jacquet requests that the court substitute home confinement for community corrections.

Mr. Jacquet just recently competed eight months of incarceration as a result of a violation of supervised release.  Part of the court's order for reimposed supervised release includes 90 days of community corrections, which means the Cordova Center. Mr. Jacquet requests that the court consider substituting home confinement for the days at the Cordova Center.

If granted, Mr. Jacquet believes he can stay at his wife's residence, 825 E. 20th Avenue, Apt. B, Anchorage, Alaska. The assumption is that Mr. Jacquet will be subject to UA testing, and that he will seek employment, as he is right now at the halfway house.

Mr. Jacquet makes this request because he is having social problems at the halfway house. There are old associations that he says interfere with his rehabilitation. He believes he will have a better chance of success if allowed to serve his 90 days, or whatever remains, in home confinement.

DATED this 24th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Audrey Renschen, Esq.

/s/ Michael D. Dieni