UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORENTON LEON JACQUET,<br><br>Defendant. | Case No. 3:00-cr-0020-HRH-JDR<br><br>PROPOSED<br>ORDER MODIFYING<br>CONDITIONS OF SUPERVISED<br>RELEASE |

After due consideration of defendant's motion to modify conditions of supervised release, it is hereby ordered that the motion is granted. Mr. Jacquet is immediately released from confinement at the Cordova Center, and is ordered to serve the next _____ days on home confinement.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge