IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
                     Plaintiff, )
                                )
     vs.                        )
                                )
ORENTON LEON JACQUET,           )
                                )   No. 3:00-cr-0020-HRH
                     Defendant. )
_____)

O R D E R

Motion to Modify
Conditions of Supervised Release[1]

Defendant Jacquet moves the court for an order modifying his conditions of supervised release, which currently include a requirement that he reside for 90 days at the Cordova Center. The court has heretofore circulated to counsel the position of defendant's probation officer on the foregoing application.

For the reasons stated by the probation officer, the motion to modify conditions of supervised release is denied.

DATED at Anchorage, Alaska, this 17th day of November, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 39.