

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

### PRISONER IN FEDERAL CUSTODY

| | |
|---|---|
| NAME: | JACQUET, Orenton Leon |
| DATE OF BIRTH: | 11/14/1964 |
| CHARGE: | Supervised Rel Viol. |
| CASE NUMBER: | 3:00-cr-0020-HRH |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 2/27/2007 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | ACC-E |
| ARRESTED BY: | USM |

REMARKS:

BOOKED IN ENGLISH: YES __x__ NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.



**United States Department of Justice**
**United States Marshals Service**
**District of Alaska**

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska  99513-7568

Date:

To:  U.S. District Court
     U.S. Attorney
     U.S. Probation
     Federal Public Defender

From:  Randy M. Johnson
       United States Marshal
       District of Alaska

Reference:  ***NOTICE OF AVAILABILITY***

NAME:  Orenton Jacqet

DATE OF BIRTH:  11/14/64

CASE NUMBER:  3:00-cr-0020-HRH

PLACE HELD:  ACC-EAST

REMARKS:  Subject is in district and can be made available once court has been set.

**If necessary, please call Stacy Melton at (907) 271-5161 in regards to this notice.  Thank you.**