**RECEIVED**
FEB 2 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A00-0020 CR (HRH) |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Orenton Leon Jacquet ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Orenton Leon Jacquet and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.



**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date 1/18/07

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Anchorage, AK | | |
| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 2/27/07 | Rochelle Liedike, DUSM | |