MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ORENTON LEON JACQUET   CASE NO. 3:00-cr-00020-HRH
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES ATTORNEY:         AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:           MICHAEL DIENI - APPOINTED

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD FEBRUARY 28, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:09 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant states true name: Same as above.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1, 2, and 3 of the Petition to
    Revoke Supervised Release.

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Evidentiary Hearing set for **March 7, 2007 at 2:00 p.m.**

_X_ Defendant detained; detention uncontested.

_X_ Order of Detention Pending Trial **FILED**.

At 2:22 p.m. court adjourned.

DATE:    February 28, 2007    DEPUTY CLERK'S INITIALS:   amk