(Rev 3/07)                                              **LIST OF EXHIBITS**

---

Case No.   3:00-CR-00020-HRH          Magistrate Judge: **JOHN D. ROBERTS**

Title      U.S.A.
    vs.
           ORENTON LEON JAQUET

Dates of Hearing:     MARCH 7, 2007

Deputy Clerk:         CHAD WILTS

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| AUDREY RENSCHEN | MICHAEL DIENI |
|  |  |
|  |  |

---------------------------------------EXHIBITS---------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 3/7/07 | Copy of State records |  |  |  |  |
| 2 | X | 3/7/07 | Copy of State records |  |  |  |  |