**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ORENTON LEON JAQUET   CASE NO. 3:00-CR-00020-HRH
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CHAD WILTS

UNITED STATES' ATTORNEY:   AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:      MICHAEL DIENI

U.S.P.O.:                  CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY HEARING Held 3/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.

Chris Liedike sworn and testified on behalf of Plaintiff. Plaintiff's exhibits 1 and 2 admitted.

Orenton Jaquet sworn and testified on behalf of Defendant.

Defendant **ADMITTED** allegation 1 of the Petition to Revoke Supervised Release.

**\***Court ordered the Government to file opening brief on or before **March 19, 2007**. Mr. Dieni to file his response by **March 22, 2007**. Government to file reply by **March 27, 2007**.

All admitted exhibits returned to Counsel.

At 2:39 p.m. court adjourned.

OFF RECORD NOTE: Court directed clerk to order an expedited transcript of the proceedings.


**\* AMENDED**




DATE: MARCH 7, 2007                DEPUTY CLERK'S INITIALS: CLW