NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ORENTON LEON JACQUET<br><br>　　　　　　　Defendant. | ) No. 3:00-cr-0020-HRH<br>)<br>)<br>) GOVERNMENT'S MOTION<br>) TO DISMISS VIOLATIONS<br>) NUMBERED 2 AND 3, IN 1/18/07<br>) PETITION TO REVOKE<br>) SUPERVISED RELEASE<br>) |

　　　The United States by Assistant United States Attorney Audrey J. Renschen, hereby moves to dismiss violations numbered 2 and 3, in the 1/18/07 petition to revoke Jacquet's supervised release.

Rather than litigate the legal issue raised at the evidentiary hearing after the government completed its evidence, the government is choosing to invest its resources in the disposition hearing for Jacquet.

The government asks the court to set this matter over for disposition on Jacquet's admission to violation 1 of the petition to revoke supervised release.

The government notifies opposing counsel that at the disposition hearing, the government intends to submit evidence of Jacquet's January 17, 2007, domestic violence conduct for the court's consideration under 18 U.S.C. § 3583(e), and 18 U.S.C. §§ 3553(a)(1),(a)(2)(A) and (a)(2)(C).

RESPECTFULLY SUBMITTED THIS 20th day of March, 2007 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2007,
a copy of the foregoing was served
electronically on Michael Dieni

s/ Audrey Renschen