IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:00-cr-0020-HRH |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| vs. | ) | VIOLATIONS NUMBERED 2 AND |
| | ) | 3, IN 1/18/07 PETITION TO |
| ORENTON LEON JACQUET, | ) | REVOKE SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Government's motion to dismiss violations numbered 2 and 3, in the 1/18/07 petition to revoke Jacquet's supervised release  GRANTED / DENIED..

Entered this ____ day of March, 2007, at Anchorage, Alaska.


_____
United States District Court Judge
District of Alaska