

RECEIVED
MAR 2 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>ORENTON LEON JACQUET,<br><br>                  Defendant. | 3:00-cr-00020-HRH-JDR<br><br>**ORDER**<br>**REGARDING MOTION**<br>**TO DISMISS VIOLATIONS**<br>**NUMBERED 2 & 3 OF PETITION**<br>**TO REVOKE SUPERVISED**<br>**RELEASE**<br><br>(Docket No. 56) |

      Defendant **Orenton Leon Jacquet** is before the court on a petition alleging three violations of supervised release. Docket No. 42. Jacquet denied the allegations and an evidentiary hearing was set for March 7, 2007. At the hearing Jacquet admitted Allegation No. 1 alleging that he used cocaine on or about January 17, 2005 in violation of the mandatory condition of supervision that he refrain from any unlawful use of a controlled substance.

      The government now moves the court to dismiss violations numbered 2 and 3. The government's motion is GRANTED. Accordingly, this matter will now be forwarded

to the assigned district judge for a dispositional hearing as to Violation No. 1 of the Petition to Revoke Supervised Released filed at Docket No. 42.

DATED this 21ST day of March, 2007, at Anchorage, Alaska.

**REDACTED SIGNATURE**
JOHN D. ROBERTS
United States Magistrate Judge