IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )
                                   )
ORENTON LEON JACQUET,              )
                                   )    No. 3:00-cr-0020-HRH
                    Defendant.     )
_____)


O R D E R

Case Status

        The  Probation  Service  has  petitioned  to  terminate
defendant's supervised release.[1]    Three  violations  are  alleged:
(1) use of cocaine, (2) family violence, and (3) domestic assault,
all Grade C violations.  Defendant was arrested and appeared before
the assigned magistrate judge, at which time defendant denied all
three allegations.[2]  Consent to proceed before the magistrate judge
was given.   An evidentiary hearing was scheduled and conducted on
March 7, 2007.   Defendant admitted the first allegation, but
continued to contest the second and third allegations.[3]  At the end
of the evidentiary hearing, briefing was ordered by the court.

---

    [1]     Docket No. 42.

    [2]     Docket No. 47.

    [3]     Docket No. 54.

- 1 -

The Government now moves to dismiss violations numbered 2 and 3, "[r]ather than litigate the legal issue raised at the evidentiary hearing...."[4]  Instead, the Government proposes to go to a disposition hearing, but advises that it intends to submit evidence of defendant's domestic violence (the dismissed allegations) for consideration by the district court.

The court requires amplification of what is developing here.  The court does not understand why the Government would go to an evidentiary hearing, complete it, and then abort the proceeding rather than brief a legal issue.  If the Government is prepared to concede the legal issue (the district court does not know what it is), that is one thing.  If the Government is not prepared to concede the issue, then it strikes the court that the matter ought to be resolved on its merits in light of the substantial investment that has already been made in an evidentiary hearing.  The Government will please explain.

The court is also concerned that this matter may be headed toward a replication in the district court of an evidentiary hearing that has already been held by the magistrate judge.  This strikes the court as wasteful of everyone's time.  Counsel will please confer, and the Government will please report to the court how counsel propose to conduct the disposition hearing in light of the foregoing.  In doing so, counsel will please consider having the magistrate judge make appropriate fact-findings based upon the

---

[4]    Government's Motion to Dismiss Violations at 2, Docket No. 56.

evidentiary hearing to the end that a second evidentiary hearing will be avoided.

The court is prepared to schedule this matter for disposition during the week of April 2, 2007, so counsel will please confer as soon as possible, and the Government will please serve and file its report to the court on or before March 30, 2007.

DATED at Anchorage, Alaska, this 21st day of March, 2007.


/s/ H. Russel Holland
United States District Judge