MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ORENTON LEON JACQUET__   CASE NO. 3:00-CR-00020-HRH
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:      H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:   AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:      MICHAEL DIENI

U.S.P.O.:                  CHRIS LIEDIKE

PROCEEDINGS: DISPOSITION ON PETITION TO REVOKE SUPERVISED RELEASE
             (DKT 42) HELD 4/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:33 a.m. court convened.

_X_ FINAL DISPOSITION HEARING:

  _X_ Supervised Release revoked.

_X_ Sentence imposed as stated in the judgment.

_X_ Defendant remanded to the U.S. Marshal.

At 10:55 a.m. court adjourned.

DATE:   April 6, 2007         DEPUTY CLERK'S INITIALS:   SCL