RECEIVED
APR 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**UNITED STATES DISTRICT COURT**
**District of Alaska**

UNITED STATES OF AMERICA,

vs.

ORENTON LEON JACQUET.

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 6/09/2000)
Case Number: 3:00-cr-00020-01-HRH
Michael Dieni
Defendant's Attorney

Defendant's probation officer filed a petition on 1/18/2007 accusing defendant of 3 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Admitted Using Cocaine | 1/17/2005 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 4 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 6, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
H. Russel Holland, U.S. District Judge
Name & Title of Judicial Officer

4/9/07
Date

AO245.REV

Defendant: ORENTON LEON JACQUET            2nd Amended Judgment--Page 2 of 4
Case No.: 3:00-cr-00020-01-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  13 months with no supervision to follow .

[X]   The court makes the following recommendations to the Bureau of Prisons:
Court recommends that the defendant serve his time at the facility located in New Orleans, Louisiana.

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
         [_] at _____ a.m. / p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
         [_] before 2 p.m. on _____.
         [_] as notified by the United States Marshal.
         [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
      Deputy Marshal

AO245.REV

Defendant: ORENTON LEON JACQUET        2nd Amended Judgment--Page 3 of 4
Case No.: 3:00-CR-00020-01-HRH

## RESTITUTION AND FORFEITURE
### RESTITUTION

[X] The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| First National Bank of Alaska | $3,637.37 |

Payments of restitution are to be made to:

    [X] the United States Attorney for transfer to the payee(s).
    [_] The payee(s).

Restitution shall be paid:

    [X] in full immediately.
    [_] in full not later than _____.
    [_] in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
    [_] in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

[_] The defendant is ordered to forfeit the following property to the United States:

AO245.REV

Defendant: ORENTON LEON JACQUET  2ndAmended Judgment--Page 4 of 4
Case No.: 3:00-cr-00020-01-HRH

**SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release [_] probation[_] is modified as follows:

**No term of supervised release to follow.**

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV